THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN SHERWOOD,<br><br>Defendant. | CASE NO. CR20-0155-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is the Government's unopposed motion to extend the deadline for its response to Defendant's motion for a bill of particulars. (Dkt. No. 32.) The Government seeks a briefing extension based on conflicts due to scheduled hearings in other matters. (*Id.* at 1–2.) Defendant does not oppose. Finding good cause, the Court GRANTS the Government's unopposed motion. (Dkt. No. 32.) It is hereby ORDERED as follows:

    1.    The Government's response is due September 29, 2021.

    2.    Defendant's reply, if any is due October 6, 2021.

    3.    Defendant's motion for a bill of particulars (Dkt. No. 31) is re-noted to October 6, 2021.

//

DATED this 23rd day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
