THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0155-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BENJAMIN SHERWOOD, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant's motion to file an over-length brief (Dkt. No. 42) is GRANTED. It is also ORDERED that the Government shall be entitled to file a 25-page response brief in opposition. Any optional reply brief from Defendant will be limited to 12 pages. To the extent the existing noting date of January 21, 2021, is insufficient to accommodate the larger briefs, the parties are directed to confer and present the Court with a proposed briefing schedule.

DATED this 13th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
CR20-0155-JCC
PAGE - 1