THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0155-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BENJAMIN SHERWOOD, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Government's unopposed motion to continue the briefing schedule for Defendant's motion to suppress (Dkt. No. 44) is GRANTED. The Court ORDERS that the motion to suppress (Dkt. No. 41) is RE-NOTED to February 8, 2022. The Government's response is due February 1, 2022, and Defendant's reply, if any, is due February 8, 2022.

DATED this 14th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
CR20-0155-JCC
PAGE - 1